# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CNC SOFTWARE, INC.,<br>    Plaintiff,<br><br>V.<br><br>CAMATECH, INC., PAUL CULUMOVIC<br>and DOES 1-10.<br>    Defendants. | CIVIL ACTION NO.  3:19-CV-01771 |

**NOTICE OF DISMISSAL**

Notice is hereby given that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, CNC Software, Inc. voluntarily dismisses the above-entitled action and all claims asserted in this action, without prejudice, against Defendants, Camatech, Inc., Paul Culumovic and DOES 1-10.

Plaintiff dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on the grounds that the Defendants have not served a response or moved for summary judgment in this action.

Dated: January 2, 2020                                Respectfully submitted,

                                                                   By:  /s/ Jodi-Ann McLane, Esq.
                                                                          Jodi-Ann McLane, Esq.
                                                                          BBO # 635567
                                                                          McInnes & McLane, LLP
                                                                          128 Dorrance Street, Suite 220
                                                                          Providence, RI 02903
                                                                          Phone: (401) 223-5853
                                                                          Fax: (866) 610-0507
                                                                          jodi@mcmcip.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Jodi-Ann McLane
Jodi-Ann McLane